

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-82,930-02

### IN RE TIMOTHY LEE BERRY, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS CAUSE NO. 1307915-A IN THE 176TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 176th District Court of Harris County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court. Relator contends that the district court entered an order designating issues on November 7, 2014.

Respondent, the Judge of the 176th District Court of Harris County, shall file a response with this Court by having the District Clerk submit the record on such habeas corpus application. In the alternative, Respondent may resolve the issues set out in the order designating issues and then have the District Clerk submit the record on such application. In either case, Respondent's answer shall

be submitted within 30 days of the date of this order.  This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted the appropriate response.

Filed: August 26, 2015
Do not publish